People v Coley (2020 NY Slip Op 51148(U))

[*1]

People v Coley (Terrell)

2020 NY Slip Op 51148(U) [69 Misc 3d 129(A)]

Decided on October 2, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 2, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Cooper, Higgitt, JJ.

&em;

The People of the State of New York,
Respondent, 
against
Terrell Coley, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Carol R. Sharpe, J.), rendered April 2, 2015, convicting him, upon a plea of guilty, of
attempted criminal mischief in the fourth degree and harassment in the second degree, and
imposing sentence.

Per Curiam.
Judgment of conviction (Carol R. Sharpe, J.), rendered April 2, 2015, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v
California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have
reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous
issues that could be raised on this appeal. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: October 2, 2020